UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE No. 3:11-CR-150(01)RM |
| ) | |
| FRANKLIN HIBSHMAN, JR. ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 17, 2012 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Franklin Hibshman, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 3146(a)(2).

SO ORDERED.

ENTERED:  March 8, 2012

                                                /s/ Robert L. Miller, Jr.
                                                Judge
                                                United States District Court